IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP S. DiVITA** and **ALFREDA C. RESINSKI,** as Co-Partners<br><br>v.<br><br>**TETRA TECH, INC.** | **CIVIL ACTION**<br><br>**NO. 19-2196** |

## ORDER RE: ALL OUSTANDING MOTIONS

**AND NOW**, this 2nd day of February, 2022, for reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 36), and Defendant's Motion for Partial Summary Judgment (Doc. No. 38) are **DENIED**. Defendant's Motion to Preclude Expert Report (Doc. No. 37) is **DENIED** without prejudice.

It is further **ORDERED**:

1. Plaintiffs' pretrial memorandum:   **February 11, 2022**.

2. Defendant's pretrial memorandum:   **February 22, 2022**

3. Motion in limine:   **February 16, 2022**.

4. Responses to motion in limine:   **March 2, 2022**.

5. A Final pretrial conference will be held by telephone on **February 28, 2022** at **10:30 a.m**.

6. Tentative trial date:   **April 4, 2022**.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, U.S.D.J.**