IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP S. DIVITA, et al | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-2196 |
| | : | |
| TETRA TECH, INC. | : | |

## **ORDER**

Following upon the joint session with counsel on March 10, 2022, it is hereby **ORDERED** that on or before the **close of business Monday, March 14, 2022**, counsel shall submit to the Court a joint chronology setting out specific dates of events, relevant to the issues of this case from the first indication that the property may be impaired from the Pennsylvania Department of Environmental Protection or any other interested person up to December 31, 2021. Upon receipt of that submission the Court will engage with counsel on an *ex-parte* basis. While the Court may reach out to individual counsel prior to 1:00p.m. on March 18, 2022, counsel are **ORDERED** to reserve time to discuss the case on **March 18, 2022 from 1:00p.m. to 2:00p.m.**

BY THE COURT:

Date: March 10, 2022              /s/ David R. Strawbridge, USMJ
                                  DAVID R. STRAWBRIDGE
                                  UNITED STATES MAGISTRATE JUDGE