IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PHILIP S. DIVITA & ALFREDA C. RESINSKI, *AS CO-PARTNERS* <br><br> v. <br><br> TETRA TECH, INC. | CIVIL ACTION <br><br> NO. 19-2196 |
|---|---|

### ORDER

**AND NOW, TO WIT:** This 22nd day of March, 2022, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** /s/ Amanda Frazier
Amanda Frazier
Deputy Clerk

O:\CIVIL 19\19-2196 DiVita v Tetra Tech, Inc\19cv2196 41b Order.docx